**IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT**
**IN AND FOR POLK COUNTY, FLORIDA**
**CIVIL DIVISION**

**STEPHANIE DICKENS,**

    Plaintiff,

                                                   **CASE NO. 2019-CA-003159**

v.

**PEPPERIDGE FARM INCORPORATED,**

    Defendant.

_____/

## NOTICE OF APPEARANCE AND DESIGNATION OF EMAIL ADDRESSES

NOTICE IS HEREBY given that Michele Leo Hintson, Esq. and Christopher Cavaliere, Esq., of the Law Firm of Shumaker, Loop & Kendrick, LLP, enter their appearance as counsel of record on behalf of Defendant, Pepperidge Farm Incorporated, and request that a copy of all pleadings and other documents in the above-styled case be served on the undersigned.

Pursuant to Fla. R. Jud. Admin. 2.516(b)(1)(A), the undersigned counsel hereby designate the following email addresses to be used for service of all court papers in this action:

| | |
|---|---|
| Primary Email: | mhintson@shumaker.com |
| Secondary Email: | kgrotz@shumaker.com |
| Primary Email: | ccavaliere@shumaker.com |
| Secondary Email: | dmazzarella@shumaker.com |

**SHUMAKER, LOOP & KENDRICK, LLP**

By: /s/ *Christopher Cavaliere*
**MICHELE LEO HINTSON, ESQ.**
Florida Bar No. 604941
mhintson@shumaker.com
kgrotz@shumaker.com
**CHRISTOPHER CAVALIERE, ESQ.**
Florida Bar No. 85776
ccavaliere@shumaker.com
dmazzarella@shumaker.com
101 East Kennedy Boulevard, Suite 2800
Tampa, Florida 33602
PH: (813) 229-7600/FAX: (813) 229-1660
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 11, 2019, a true and correct copy of the foregoing was electronically filed with the Florida Courts E-Filing Portal which will furnish copies via email to all counsel of record.

*/s/ Christopher Cavaliere*
**ATTORNEY**