IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR POLK COUNTY, FLORIDA
CIVIL DIVISION

STEPHANIE DICKENS,

    Plaintiff,

                              CASE NO. 2019-CA-003159

v.

PEPPERIDGE FARM INCORPORATED,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF FILING

Defendant, Pepperidge Farm Incorporated, gives notice of filing the Waiver of Service of Process.

                        **SHUMAKER, LOOP & KENDRICK, LLP**

                        By: /s/ *Christopher Cavaliere*
                           **MICHELE LEO HINTSON, ESQ.**
                           Florida Bar No. 604941
                           mhintson@shumaker.com
                           kgrotz@shumaker.com
                           **CHRISTOPHER CAVALIERE, ESQ.**
                           Florida Bar No. 85776
                           ccavaliere@shumaker.com
                           dmazzarella@shumaker.com
                           101 East Kennedy Boulevard, Suite 2800
                           Tampa, Florida 33602
                           PH: (813) 229-7600/FAX: (813) 229-1660
                           *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 11, 2019, a true and correct copy of the foregoing was electronically filed with the Florida Courts E-Filing Portal which will furnish copies via email to all counsel of record.

                           */s/ Christopher Cavaliere*
                           **ATTORNEY**

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR POLK COUNTY, FLORIDA
CIVIL DIVISION

**STEPHANIE DICKENS,**

    **Plaintiff,**

                              CASE NO.:   19-003159

v.

                              DIVISION:

**PEPPERIDGE FARM
INCORPORATED,**

    **Defendant.**
_____/

## WAIVER OF SERVICE OF PROCESS

TO:   **PATRICK K. ELLIOTT
LAW OFFICE OF PATRICK K. ELLIOTT
100 S. Ashley Drive, Suite 600
Tampa, Fl 33602
Phone: (813) 379-3090
Fax:   (813) 433-5126**

     I acknowledge receipt of your request that I waive service of process in the lawsuit of Dickens v. Pepperidge Farm Incorporated, commenced in the Tenth Judicial Circuit Court for Polk County, Florida. I have received a copy of the Complaint, two copies of this waiver, and a means by which I can return the signed waiver to you without cost to me.

     I agree to save the cost of service of process and an additional copy of the Complaint in this lawsuit by not requiring that I or be served with judicial process in the manner provided by Florida Rule of Civil Procedure 1.070.

     If I am not the defendant to whom the notice of lawsuit and waiver of service of process was sent, I declare that my relationship to the entity to whom the notice was sent and my authority to accept service on behalf of that entity is as follows:

- 2 -

Name: John A. Connelly
Title: Associate Counsel, Labor and Employment

I (or the entity on whose behalf I am acting), will retain all defenses and objections to the afore-mentioned lawsuit or to the jurisdiction or venue of the Court, except in the filing of objections based on a defect in the form or service of the summons.

I understand that a judgment may be entered against if a written response is not served upon you within sixty (60) days from the date on which I received the notice of this lawsuit and the associated request for waiver of service of process.

Dated this 11th day of October, 2019.

_____
Defendant or Defendant's Representative