**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.: 8:19-cv-2529-T-60AEP | DATE: August 12, 2020 | |
|---|---|---|
| **HONORABLE THOMAS P. BARBER** | | |
| **STEPHANIE DICKENS** | **PLAINTIFF COUNSEL** Patrick Elliott | |
| v. | | |
| **PEPPERIDGE FARM, INCORPORATED** | **DEFENSE COUNSEL** Michele Hintson & Christopher Caveliere | |
| **COURT REPORTER:** Scott Gamertsfelder | **DEPUTY CLERK:** Sonya Cohn | |
| **TIME:** 10:35 - 10:45 a.m. **TOTAL:** 10 mins. | **COURTROOM** | 14A |

**PROCEEDINGS:**   STATUS CONFERENCE

All parties appeared telephonically.

Court addresses issue of filing amended complaint – needs to be completed by 8/20/20.  Plaintiff advises there has been some communication issues with his client.  Court indicates that, per 11th Circuit case, Plaintiff needs to either file an amended complaint, a motion to withdraw as counsel, or a motion for extension of time before the 8/20/20 deadline.