UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK'S MINUTES

| **CASE NO.:** | 8:19-cv-2529-TPB-AEP | **DATE:** | October 15, 2020 |
|---|---|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | | | |
| **DICKENS**  Plaintiff, v.  **PEPPERIDGE FRAMS, INC.**  Defendant | | **PLAINTIFF'S COUNSEL** ----- **DEFENSE COUNSEL** Christopher Cavaliere | |
| **COURT REPORTER:** Tracey Aurelio | | **DEPUTY CLERK:** | Lynne Vito |
| **TIME:** 3:02 to 3:10    **TOTAL:** 8 min | | **COURTROOM:** | 10A |

**PROCEEDINGS**: ZOOM - MOTION HEARING.

Dkt # 49   MOTION to Compel Discovery *and Incorporated Memorandum of Law* by Pepperidge Farm Incorporated. No response has been filed by plaintiff and plaintiff's counsel has not appeared at this hearing.

Defense counsel stated he has not received any communications from plaintiff's counsel since filing the motion.

History of communications between the parties placed upon the record by defendant.

Court to issue a show cause order and schedule the hearing (via zoom). October 29, 2020 at 2:00 pm.