# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## CLERK'S MINUTES

| | | | |
|---|---|---|---|
| **CASE NO.:** | 8:19-cv-2529-TPB-AEP | **DATE:** | October 29, 2020 |
| **HONORABLE ANTHONY E. PORCELLI** | | | |
| **DICKENS**<br>           **Plaintiff,**<br>v.<br>**PEPPERIDGE FARMS, INC.**<br>           **Defendant** | | **PLAINTIFF'S COUNSEL**<br>Stephanie Dickens (pltf) | |
| | | **DEFENSE COUNSEL**<br>Christopher Cavaliere and Michele Hintson | |
| **COURT REPORTER:** Bill Jones | | **DEPUTY CLERK:** | Lynne Vito |
| **TIME:** 2:12 to 2:22     **TOTAL: 10** min | | **COURTROOM:** | 10A |

**PROCEEDINGS**: ZOOM – MOTION HEARING/SHOW CAUSE HEARING

Dkt # 49  MOTION to Compel Discovery *and Incorporated Memorandum of Law* by Pepperidge Farm Incorporated. No response has been filed by plaintiff and plaintiff's counsel has not appeared at this hearing.

Procedural History placed upon the record.

Unable to reach plaintiff's counsel on the telephone and plaintiff's counsel has not appeared at this hearing.

Plaintiff has attempted to contact counsel and does not get a return call.

Defense counsel has been unable to reach plaintiff's counsel.

Court finds that plaintiff's counsel has abandoned his client.

Court going to enter an order directing plaintiff's counsel to appear in person.

Show cause hearing scheduled for Thursday 11/5 at 10:00 am. Plaintiff's counsel to appear in person. Defense counsel can appear via zoom.

Plaintiff states she is going to seek new representation.