August 29, 2018

Dear EEOC:

I Stephanie Dickens an black African woman aged 53 have been an employee of Pepperidge Farms, Lakeland FL plant, since March of 2009. I have a great track record for finishing targets on time, and maximum attendance. On staff at Pepperidge Farms Lakeland FL as Bakery General Utility employee. I feel that Pepperidge Farm Night Owl management team has discriminated against on the basis of my gender. Lesser experienced employees have been promoted over me, and most of them are men. I have been in the same position for the past four years and have seen my juniors get promote ahead of me. All the important projects seem to be given to the men, so they are promoted. Having suffered for a long time I am standing up for myself.

I am writing this letter to the EEOC for you to review my case to determine if I meet the requirement for filing a gender, discrimination and bully harassment case. Previously as a last resort, as the previous complaints registered with the Human Resources department have fallen on deaf ears. Three complaints April 5, 2018, disqualification and demotion gender on shift unequal suspension discipline._

I contacted the cooperate Ethnic for Campbell Soup form number 16-04-0008. My time at the company has been a good one time from March 2, 2009- Oct. 2014. The discrimination, bullying and harassment starting Jan. 10, 2015. but this discrimination has left me disappointing and frustrated daily thought. It is really depressing to feel you are not appreciated by the company for whom you have worked so hard for to easily change your behavior within the company. I have reach out to Managemnt, Human Resources and Campbell Soup Cooperate for help.

When I joined this company, I was assured of equal opportunity, but so far, this assurance has not been fulfilled. I have invested a good 9 years of my life in this company, and I will fight for my rights. I'm seeking the fair gender and labor rights at Pepperidge Farms Lakeland, FL. Since knowing gender description and bulling discrimination and harassment as a serious offence. I hope this matter is resolved soon, to the satisfaction of both parties.

I have heard of your reputation of the EEOC conducting a mutual team of people to investigate the company of unfair treatment. I have good faith that you will investigate and help me.

**Sincere Regards,**
**Stephanie Dickens**

Exhibit A