P. 1

\* \* \* Communication Result Report ( Oct. 9. 2018 3:25PM ) \* \* \*

1)
2)

Date/Time: Oct. 9. 2018  3:24PM

```
File                                                                    Page
 No. Mode        Destination              Pg(s)       Result         Not Sent
-----------------------------------------------------------------------------
4356 Memory TX   8132282841               P.  1       OK
```

```
Reason for error
   E.1) Hang up or line fail         E.2) Busy
   E.3) No answer                    E.4) No facsimile connection
   E.5) Exceeded max. E-mail size
```

---

651-2018-03478

Oct 9, 2018

Dear EEOC

I've attempted to seek your help Please! Can someone help me, this is the 2nd cancellation appointment scheduled for

Stephanie Dickens
October 10, 2018
8:30 am
Received a cancellation email. I've left a couple messages still no reply. Planned for this day for months. Can someone please call me.
1. 863-500-9414 Home
2. 863-934-5058 cell
3. 786-262-9652 cell
sfspeed01@gmail.com

Stephanie Dickens

Exhibit B