```
                                                                                       P. 1
             * * * Communication Result Report ( Oct. 10. 2018  5:35PM ) * * *
                                                                    1)
                                                                    2)

Date/Time: Oct. 10. 2018  5:34PM

File                                                                                   Page
 No. Mode            Destination                      Pg(s)       Result              Not Sent
-----------------------------------------------------------------------------------------------
4362 Memory TX       8132282841                       P.  1         OK




-----------------------------------------------------         ---------------------------------
   Reason for error
      E. 1) Hang up or line fail                E. 2) Busy
      E. 3) No answer                           E. 4) No facsimile connection
      E. 5) Exceeded max. E-mail size
```

EEOC.

Received No fax or confirmation today to confirm my EEOC appointment for 19/11/2018 @ 1:30
 Stephanie Dickens.
Please confirm my appointment
 *Stephanie Dickens* (signature)

Exhibit C