Precharge language: PERSONAL HARM: I have been employed by the above-named Respondent since March 2, 2009. I started as a production helper and worked with Derek Hall, Biscuit Manager. During this time, he had denied me a training opportunity and I felt was not allowing me to advance; therefore, I bid for positions outside his section. I worked in sanitation different until November 2014. When I bided in the department as a General Utility worker. Since I was awarded a utility, I feel that I am being picked on, held to different standards and written up for things that other general utility workers are not written up for. This was evident on April 5, 2018, when I was presented a write-up for an issue with a machine that I didn't do and the male that was operating the machine didn't receive a write-up for. Despite my rebuttal, I was disqualified from the General Utility job. I was suspended for five days and demoted to a Role Line Packaging position at a lower hourly pay rate. In addition, I have bid on other positions in both 2016 and 2017 but I was denied the positions while less senior people have been given the position. I complained to Corporate Human Resources and was told they would investigate but I have not received any follow-up. Jeremy Jones replied they would go with the decision of HR (Erin) Lamani, decision all incidents were completed.

→ Roll

RESPONDENT'S REASON: On April 5, 2018, Derek Hall and Francy Arbonis, HR, presented with a write-up that stated, in summary, on 3/26/2018, and on 4/04/2018, there were incidents while I was running the BL2 and because of the facts outlined above you will be suspended for five days, 4/6/2018 through 4/11/2018, return 4/12/2018. You have been a General Utility on PM and 2 years NO for two and half years and have received several write-ups, six verbal's, five written and two suspensions. At this time, it is in your best interest and in the best interest of the company to remove you from your position as General Utility and to place you on available work. You will have the opportunity to bid on open positions with exception of General Utility and all operator positions within the processing department provided you are within the policy guidelines.

DISCRIMINATION STATEMENT: I believe I have been discriminated against due to my Sex (Female) and retaliated against due to my complaints in violation in Title VII of the Civil Rights Act of 1964, as amended.

On April 5, 2018, Derek Hall absent, Erin Lama and Francy Arbonis.

Since my demotion/disqualification I haven't been given a promotional opportunity. No resources have been available to show change of removal of unsatisfactory job performance. This unsatisfactory performance hasn't give me an equal opportunity when jobs have come available.

No reviews 30-60-90 day to show change since disqualification.

Received
APR 29 2019
Tampa Field Office

Exhibit D

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 511-2018-03478 |
| Florida Commission On Human Relations | | and EEOC |
| State or local Agency, if any | | |

in your best interest and in the best interest of the company to remove you from your position as General Utility and to place you on available work. You will have the opportunity to bid on open positions with exception of General Utility and all operator positions within the processing department provided you are within the policy guidelines.

DISCRIMINATION STATEMENT: I believe I have been discriminated against due to my Sex (Female) and retaliated against due to my complaints in violation in Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 3/25/2019          Stephanie F. Dickens<br>Date              Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |