

**U.S. Equal Employment Opportunity Commission**
**Tampa Field Office**

501 East Polk Street
Room 1000
Tampa, FL 33602
(813) 228-2310
TTY (813) 228-2003
Fax: (813) 228-2841

Respondent: PEPPERIDGE FARMS
EEOC Charge No.: 511-2018-03478
FEPA Charge No.:

March 26, 2019

Stephanie F. Dickens
1568 Big Oaks Drive #204
Lakeland, FL 33810

Dear Ms. Dickens:

This is with reference to your recent written correspondence or intake questionnaire in which you alleged employment discrimination by the above-named respondent. The information provided indicates that the matter complained of is subject to the statute(s) checked off below:

- [X] Title VII of the Civil Rights Act of 1964 (Title VII)
- [ ] The Age Discrimination in Employment Act (ADEA)
- [ ] The Americans with Disabilities Act (ADA)
- [ ] The Equal Pay Act (EPA)
- [ ] The Genetic Information Nondiscrimination Act (GINA)

The attached EEOC Form 5, Charge of Discrimination, is what you provided in your email; albeit, I made a spelling correction. Before we investigate your charge, however, you must sign and return the enclosed Form.

To enable proper handling of this action by the Commission you should:

(1) Review the enclosed charge form and inform me of any corrections. I will make those corrections and return the edited version to you. Once the charge is perfected, sign and date the charge in the bottom left hand block. For purposes of meeting the deadline for filing a charge, the date of your original signed document will be retained as the original filling date.

(2) Return the signed charge to this office by fax, email or hard copy mail.

Before we initiate an investigation, we must receive your signed Charge of Discrimination (EEOC Form 5). Please sign and return the charge within thirty (30) days from the date of this letter. Under EEOC procedures, if we do not hear from you within 30 days or receive your signed charge within 30 days, we are authorized to dismiss your charge and issue you a right to sue letter allowing you to pursue the matter in federal court. Please be aware that after we receive your signed Form 5, the EEOC will send a copy of the charge to Florida Commission On Human Relations 4075 Esplanade Way Room 110 Tallahassee, FL 32399 as required by our procedures. If that agency processes the charge, it may require the charge to be signed before a notary public or an agency official. The agency will then investigate and resolve the charge under their statute.

**Exhibit E**