UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEPHANIE DICKENS,

    Plaintiff,

v.                                CASE NO.: 8:19-cv-02529-TPB-AEP

PEPPERIDGE FARM INCORPORATED,

    Defendant.

---

## **MEDIATION REPORT**

A mediation conference in the above matter was held on November 17, 2021, and the results of that conference are indicated below:

(a)    The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite settlement authority:

      ☒    All individual parties and their respective trial counsel

      ☒    Designated corporate representative

      ☐    Required claims professionals.

(b)    The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered:

      NONE_____

(c)    The outcome of the mediation conference was:

☒ <u>The case has been completely settled</u>. In accordance with Local Rule 9.06(b), lead counsel will promptly notify the Court of settlement in accordance with Local Rule 3.08 within ten (10) days of the mediation conference.

☐ <u>The case has been partially resolved</u> and lead counsel has been instructed to file a joint stipulation regarding those claims which have been resolved within ten (10) days. The following issues remain for this Court to resolve: _____

☐ <u>The conference was continued</u> with the consent of all parties and counsel. The mediation conference will be held on a date certain not later than ten (10) days prior to the scheduled trial date. Any continuance beyond this date must be approved by the presiding Judge. Mediation Reports will be filed after additional conferences are complete.

☐ <u>The parties have reached an impasse</u>.

Done this 18th day of November, 2021, in Tampa, Florida.

          Respectfully Submitted,

           s/ Cynthia N. Sass
          Cynthia N. Sass, Mediator
          Florida Bar No. 0691320
          601 W. Dr. Martin Luther King Jr. Blvd
          Tampa, Florida 33603
          Telephone: (813) 251-5599
          Facsimile: (813) 259-9797
          Email: csass@sasslawfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 18, 2021, I electronically filed this Mediation Report with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to:

Jason W. Imler, Esquire, at Jason.imler@printylawfirm.com

Gary L. Printy, Esquire, at garyjr@printylawfirm.com

Michele Leo Hintson, Esquire, at mhintson@shumaker.com

Christopher Cavaliere, Esquire, at ccavaliere@shumaker.com

                                    s/ Cynthia N. Sass
                                    Cynthia N. Sass, Mediator