# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

STEPHANIE DICKENS,

    Plaintiff,

v.                                      Case No. 19-cv-02529

PEPPERIDGE FARM INCORPORATED,

    Defendant.

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff, Stephanie Dickens, and Defendant, Pepperidge Farm Incorporated, by and through their respective counsel, hereby stipulate to the dismissal of this matter with prejudice with each party to bear its own attorneys' fees and costs.

| | |
|---|---|
| */s/ Jason W. Imler* | */s/ Chris Cavaliere* |
| **JASON W. IMLER, ESQ.** | **MICHELE LEO HINTSON, ESQ.** |
| Florida Bar No. 1004422 | Florida Bar No. 604941 |
| jason.imler@printylawfirm.com | **CHRISTOPHER CAVALIERE, ESQ.** |
| garyjr@printylawfirm.com | Florida Bar No. 85776 |
| 3411 West Fletcher Avenue - Suite A | mhintson@shumaker.com |
| Tampa, Florida 33618 | ccavaliere@shumaker.com |
| PH: (813) 434-0649 | 101 East Kennedy Boulevard, Suite 2800 |
| FAX: (813) 423-6543 | Tampa, Florida 33602 |
| *Counsel for Plaintiff* | PH: (813) 229-7600 |
| | FAX: (813) 229-1660 |
| | *Counsel for Defendant* |
| DATED: December 27, 2021 | DATED: December 27, 2021 |

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 27, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

/s/ *Chris Cavaliere*
ATTORNEY